UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>SAQUAN CALLENDER,<br><br>                Defendant. | 23-CR-523 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

    It is hereby ORDERED that the parties appear for an arraignment and pretrial conference with the Court on **Thursday, October 19, 2023,** at **10:30 AM**, in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

    SO ORDERED.

Dated: October 13, 2023
       New York, New York

                                                DALE E. HO
                                  United States District Judge