

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 21, 2024

**Via ECF and Email**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Saquan Callender**
       23 Cr. 523 (DEH)

Dear Judge Ho,

I write to respectfully request that the Court postpone the Rule 12 motions schedule and hearing date in the above-captioned case, currently set for February 26, March 27 (responses), April 10 (replies), and May 13 (hearing), respectively, for approximately 30 days. Undersigned counsel must travel out of town for a funeral, which has interfered with my ability to meet the current deadline. In addition, I need more time to meet with Mr. Callender at MDC before filing; the requested adjournment will enable me to do so.

The government, by Assistant United State Attorney Meredith Foster, consents to this request.

Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly-selected date.

Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Callender
212-417-8729

Application GRANTED.

Motions are due by 3/27/2024. Oppositions due by 4/26/2024. Replies due by 5/10/2024. The Motion Hearing is adjourned until 6/12/2024 at 3:30 PM. The Court will exclude time through 6/12/2024 from the Speedy Trial Act calculation pursuant to 18 U.S.C. § 3161(h)(7). After balancing the factors specified by statute, the Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial, because it will allow time for Defendant's counsel to meet and confer with the Defendant, and to consider and prepare any motions; and time for the parties to prepare for trial. The Clerk Of Court is respectfully requested to close ECF No. 25.

SO ORDERED.    Dated: February 22, 2024    Dale E. Ho
                      New York, New York         U.S. District Judge