UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAQUAN CALLENER,<br>                    Defendant. | 23-CV-523 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On March 27, 2024, Defendant filed a letter requesting, with the Government's consent, that the deadline for Defendant's motions in limine be extended to April 1, 2024. *See* ECF No. 29. The Court granted the extension. *See* ECF No. 30. Defendant has not filed any motions to date.

It is hereby **ORDERED** that the motions hearing scheduled for June 12, 2024, at 3:30 p.m. is converted into a status conference.

It is further **ORDERED** that the parties shall submit a status letter by May 10, 2024, confirming that no party intends to file any motions in limine at this time, or proposing a new motions schedule if necessary.

SO ORDERED.

Dated: May 6, 2024
       New York, New York

                                                          DALE E. HO
                                          United States District Judge