**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

May 10, 2024



**Via ECF and Email**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Saquan Callender**
      **23 Cr. 523 (DEH)**

Dear Judge Ho,

We write in response to the Court's Order dated May 6, 2024. Dkt. No. 31.

The parties have conferred and both parties understood that the motions schedule set in court on January 26, 2024, and subsequently adjourned on February 22, 2024, was for the defendant to file any motions pursuant to Federal Rule of Criminal Procedure 12. The defense hereby confirms that it has no Rule 12 motions to file.

The parties continue to negotiate a pre-trial disposition of this matter. We anticipate knowing whether or not the case will resolve by the June 12 status conference.

In the event that no resolution is reached, and the case does end up headed to trial, both parties would ask for pre-trial motions in limine deadlines to be set at the June 12 conference.

Finally, the defense also requests that the trial date in this case, currently scheduled for July 15, 2024, be adjourned for approximately 45 days. Undersigned counsel was invited to participate as a faculty member at an out-of-state training program that week and I am hoping to attend the program and have time to prepare for any trial in this case upon my return.

The Government, by Assistant United States Attorney Meredith Foster, consents to these requests.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Callender
212-417-8729

Application **GRANTED.** If a resolution is not met by the June 12, 2024 status conference, a pre-trial motions in limine schedule will be set at that time. The trial previously scheduled to start on July 15, 2024 is adjourned to October 7, 2024. The Clerk of Court is respectfully requested to close ECF No. 32.

**SO ORDERED.**

*[signature]*

Dale E. Ho
United States District Judge
Dated: May 10, 2024
New York, New York