

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 10, 2024

Application **GRANTED.** The motions in limine and response deadlines shall both be extended by an additional week so that the parties may continue discussions about a potential pretrial resolution in this matter. Motions in limine will now be due on September 20, 2024 and responses will be due on October 4, 2024. The Clerk of Court is respectfully requested to close ECF No. 36.

**SO ORDERED.**

Dale E. Ho
United States District Judge
New York, New York
Dated: September 11, 2024

**BY ECF**
The Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Saquan Callender*, 23 Cr. 523 (DEH)

Dear Judge Ho:

The Government and Sylvie Levine, Esq., counsel for Saquan Callender, write to respectfully request a one-week extension of the motions in limine schedule. Trial is scheduled to start on October 21, 2024.

On or about June 12, 2024, the Court ordered the parties to file motions in limine on September 6, 2024 and responses on September 20, 2024, and scheduled the final pretrial conference for October 11, 2024 at 2:00pm. On September 4, 2024, the parties filed a letter motion requesting a one-week extension of the motions in limine schedule so that the parties could engage in discussions about the potential for a pretrial resolution of the case. (Dkt. 34). The Court granted the request on September 5, 2024. (Dkt. 35).

The parties are currently actively engaged in discussions about the potential for a pretrial resolution of this case. To give the parties additional time to engage in these discussions prior to the filing of motions in limine, the parties respectfully request that the Court extend the deadlines for the filing of motions in limine and responses by one week. Under this proposed schedule, motions in limine would be due on September 20, 2024 and responses would be due on October 4, 2024.

As noted, this is the parties' second request for an extension of the motions in limine schedule.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

by: /s/Meredith C. Foster
Meredith C. Foster
Assistant United States Attorney
(212) 637-2310