UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAQUAN CALLENDER,<br>　　　　　　　　　　Defendant. | 23-CR-523 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **September 20, 2024**, at **11:30 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. All forthcoming motions deadlines shall be held in abeyance until further notice from the Court.

　　　　SO ORDERED.

Dated: September 19, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge