UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SAQUAN CALLENDER,<br>                    Defendant. | 23-CR-523 (DEH)<br><br>SCHEDULING ORDER |

DALE E. HO, United States District Judge:

It is hereby ORDERED that the parties appear for a sentencing hearing with the Court on **January 17, 2025, at 11:30 a.m. in Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: October 29, 2024
       New York, New York

                                            DALE E. HO
                                       United States District Judge