**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

Southern District
*Jennifer L. Brown*
Attorney-in-Charge

January 6, 2025

**Via ECF**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Saquan Callender
     23 Cr. 523 (DEH)**

Dear Judge Ho,

    I write to respectfully request that the Court adjourn Mr. Callender's sentencing, which is currently scheduled for February 21, 2025, for approximately two weeks. This is the second request for an adjournment of Mr. Callender's sentencing. The government, by Assistant United States Attorney Meredith Foster, takes no position regarding this application.

    We are in the final stages of collecting necessary mitigation materials for Mr. Callender's sentencing submission, but we need a little more time to finish this process. I expect that the requested two weeks will enable us to complete our pre-sentencing submission.

    Thank you for considering our request.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Callender
212-417-8729

Application **GRANTED.** The sentencing hearing previously scheduled for February 21, 2025, shall be adjourned until **March 7, 2025, at 11:00 a.m.** This will allow defense counsel to finish collecting the necessary materials needed for Mr. Callender's pre-sentencing submissions. The Clerk of Court is respectfully requested to close ECF No. 49.
**SO ORDERED.**

New York, New York
Dated: February 7, 2025

Dale E. Ho
United States District Judge